UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:03-cv-6750 OWW LJO |
| | ) | |
| v. | ) | ORDER TO STATISTICALLY |
| | ) | CLOSE CASES WHICH ARE |
| MARK H. SCOFFIELD, et al., | ) | STAYED BECAUSE OF |
| | ) | BANKRUPTCY PROCEEDINGS |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The court in the reviewing the above-entitled case, notes that one or more of the parties is involved in a bankruptcy matter, and because of such, this case has been stayed.

The clerk of the court is directed to statistically close the above case.(This procedure having been adopted by the Judicial Conference, March 1992). Should counsel desire to re-open the case, they shall file the following pleading:

**"REQUEST TO RE-OPEN CASE AND
SET SCHEDULING CONFERENCE"**

Nothing contained in this order shall be considered a dismissal or disposition of the matter. Should the case be re-opened it shall proceed as if this order had not been entered.

```
        Any currently scheduled dates in the matter are
vacated.


Dated: August 15, 2005          /s/ OLIVER W. WANGER
                                _____
                                OLIVER W. WANGER
                                United States District Judge
```